USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

DOMINIK KARNAS, *et al.*,

Plaintiffs,

-v-

NATIONAL BASKETBALL ASSOCIATION, INC., *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-6612-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This matter was transferred to this Court from the United States District Court for the Southern District of Florida on August 3, 2026. The parties are directed to file a joint letter with their respective views regarding the appropriate next steps in the case by no later than August 17, 2026. The Court will hold a teleconference to discuss the status of this matter on August 21, 2026 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: August 11, 2026

GREGORY H. WOODS
United States District Judge