USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

DOMINIK KARNAS, *et al.*,

Plaintiffs,

-v-

NATIONAL BASKETBALL ASSOCIATION, INC., *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-6612-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 3, 2026, Judge Altman of the United States District Court for the Southern District of Florida transferred only the claims against Defendants National Basketball Association, Inc. and Ketchum Inc. to this District. The Clerk of Court is directed to delete Defendants McCarter & English, LLP, Matthew Barkley, Marshall Faulk, Scott Melker, Tracy McGrady, and Stephen Piscotty from the docket of this case because they are not defendants in this action.

SO ORDERED.

Dated: August 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge