SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

October 9, 2026

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 10/9/2026

**MEMORANDUM ENDORSED**

RE: *Karnas, et al. v. National Basketball Association, Inc., et al.*, No. 1:26-cv-06612-GHW

Dear Judge Woods:

We write on behalf of the National Basketball Association and Ketchum (collectively, "Defendants") to respectfully request that the Court adjourn the initial pretrial conference currently scheduled for October 20, 2026, and the related October 13, 2026 deadline for the parties' joint status letter and proposed Civil Case Management Plan.

At the August 21, 2026 status teleconference, Your Honor explained that the initial pretrial conference date was scheduled in the event the Court denied Defendants' anticipated request to stay discovery. (Hr'g Tr. at 28:5–7 ("So I want to put in place a date on which we would have that initial pretrial conference, should I deny any such request [to stay discovery].").) The Court has since granted that request and stayed discovery. (ECF No. 69.) We therefore respectfully submit that the conference and related deadline are no longer necessary.

Plaintiffs' counsel does not oppose this request.

Respectfully submitted,

/s/ *Anthony J. Dreyer*

Anthony J. Dreyer

cc: All counsel of record (via ECF)

Application granted. The initial pretrial conference scheduled for October 20, 2026 and associated deadlines are adjourned *sine die*. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 71.

SO ORDERED.

Dated: October 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge