USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

DOMINIK KARNAS, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-v-

NATIONAL BASKETBALL ASSOCIATION, INC., *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-6612-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In response to Defendants' November 2, 2026 motions to dismiss, Dkt. Nos. 79, 81, Plaintiffs have amended their complaint pursuant to Rule 15(a)(1)(B). Dkt. No. 86. Accordingly, Defendants' motions to dismiss are denied as moot. Pursuant to Rule 3(D) of the Court's Individual Rules of Practice in Civil Cases, the deadline for Defendants to answer or otherwise respond to the amended complaint is 21 days after the amendment.

Plaintiffs are directed to file a letter that attaches a legal blackline showing changes between the amended complaint and the prior complaint, as required by Individual Rule 3(D), by no later than November 25, 2026.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 79 and 81.

SO ORDERED.

Dated: November 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge